UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG S. BOSNAK,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-01429-JSC<br><br>**ORDER TO ISSUE SUMMONS** |

The Court, having determined that the First Amended Complaint is sufficient for purposes of 28 U.S.C. § 1915 review, orders the Clerk to issue the summons on Defendants. Further, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the original Complaint, the First Amended Complaint (Dkt. No. 11), any amendments or attachments, Plaintiff's affidavit, and this order upon the Defendants.

**IT IS SO ORDERED.**

Dated: June 30, 2014

                                                                                                     _____
                                                                                                     JACQUELINE SCOTT CORLEY
                                                                                                     United States Magistrate Judge

United States District Court
Northern District of California