DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
Deputy City Attorney
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3815
Facsimile:     (415) 554-4248
E-Mail:         jonathan.rolnick@sfgov.org

Attorneys for Defendant(s)
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GREGG S. BOSNAK, | Case No. CV 14-01429JSC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, LAGUNA HONDA HOSPITAL AND REHABILITATION CENTER, | |
| Defendant(s). | |

Plaintiff Gregg S. Bosnak originally filed this action on March 28, 2014.  At the time, he requested leave to proceed *In Forma Pauperis*.  On March 31, 2014, the Court issued an initial scheduling Order, which, among other things, set a case management conference for August 14, 2014.  On April 14, 2014, the Court granted Plaintiff's application to proceed *In Forma Pauperis.*

On May 15, 2014, the Court dismissed Plaintiff's complaint *sua sponte*, with leave to file an amended Complaint.  On June 5, 2014, Plaintiff filed the First Amended Complaint (FAC).  On June 30, 2014, the Court entered an Order to Issue Summons.  The Court issued the Summons on July 10, 2014 to the United States Marshall's Office.  The United States Marshall's Office served the

1  Summons and FAC on Defendant City and County of San Francisco, including its constituent
2  department Laguna Honda Hospital and Rehabilitation Center, on July 21, 2014.  The City's response
3  to the FAC currently is due on or before August 11, 2014.

4      Given the delay in service, the parties have not had sufficient time to satisfy the requirements
5  of the initial scheduling order such as compliance with the meet and confer requirements under
6  Federal Rule 26(f) or ADR certification under Civil Local Rule 16-8(b).  Nor are the parties prepared
7  to prepare and file a joint case management conference statement by August 7, 2014 as required by the
8  scheduling order.

9      According, **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, that:

10      1.    The City shall have an extension of time up to and including September 2, 2014 to
11  respond the First Amended Complaint;

12      2.    The August 14, 2014 case management be continued 77-days to October 30, 2014, or as
13  soon thereafter as the conference may be scheduled, to provide the parties with additional time to
14  prepare for the initial case management conference.  The parties further seek a corresponding
15  extension of the other dates set forth in the March 31, 2014 initial scheduling order.

16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1  The parties respectfully request that the Court enter an order commemorating this stipulation.

3  Dated: August 4, 2014

        DENNIS J. HERRERA
        City Attorney
        ELIZABETH S. SALVESON
        Chief Labor Attorney
        JONATHAN ROLNICK
        Deputy City Attorney


        By: /s/ Jonathan Rolnick
            JONATHAN ROLNICK[1]

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: August 4, 2014

        The Legal Aid Society-Employment Law Center


        By: /s/ William C. McNeill III
            WILLIAM C McNEILL III
            Attorney for Plaintiff GREGG S. BOSNAK

---

[1] The City's counsel obtain the consent of plaintiff's counsel to the filing of this stipulation and proposed order.

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

For good cause appearing,

1. The City shall have an extension of time up to and including September 2, 2014 to respond the First Amended Complaint; and

2. The August 14, 2014 case management is continued 77-days to October 30, 2014, at 1:30 p.m. The dates set forth in the Court's initial scheduling order are also extended 77-days to provide additional time for the parties to satisfy their obligations set forth therein. The parties shall submit a joint case management conference statement no later than seven days before the October 30, 2014 conference.

Dated: August 5, 2014



_____
MAGISTRATE JUDGE JACQUELINE S. CORLEY
United States