UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGG S. BOSNAK,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 14-cv-01429-MEJ

**ORDER TO SHOW CAUSE**

On December 12, 2014, Plaintiff Gregg S. Bosnak filed a Motion for Leave to File a Second Amended Complaint, with a noticed hearing date of January 22, 2015. Dkt. No. 33. However, Defendants failed to file an opposition or statement of nonopposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Defendants to show cause as to: (1) why they failed to file an opposition or statement of nonopposition pursuant to Local Rule 7; and (2) whether, given the timeliness of Plaintiff's motion and the liberal pleading standing under Federal Rule of Civil Procedure 15, they have any objection to Plaintiff's motion. Defendants shall file their response by January 6, 2015. Defendants shall a declaration in response to the first part of this order and comply with Civil Local Rule 7-3 in response to the second. If Defendants file an opposition, Plaintiff shall file any reply by January 15, 2015, after which the Court shall determine if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: December 30, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge