DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #93788
Chief Labor Attorney
AMY D. SUPER, State Bar #274617
LISA B. BERKOWITZ, State Bar #167657
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3931
Facsimile:     (415) 554-4248
E-Mail:        amy.super@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO et. al.

William C. McNeill, III State Bar No. 64392
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone: 415-864-8848 x 212
Email: wmcneill@las-elc.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GREGG S. BOSNAK,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et. al.,<br><br>    Defendants. | Case No. C14-1429 MEJ<br><br>**STIPULATION RE BRIEFING SCHEDULE AND DEADLINES**<br>AND ORDER THEREON AS MODIFIED<br><br>Complaint filed:   March 28, 2014<br>SAC filed:         January 8, 2015<br>Trial Date:        May 16, 2016 |
|---|---|

Counsel for the parties have met and conferred and are currently in discussions as to whether they will request to have this case sent to a Settlement Conference with a Magistrate Judge. In addition, the parties have requested that this case be sent to the same mediator as the prior related

1  cases, *Collins v. CCSF*, U.S. Dist. Court No. 13-3456 MEJ, and *Chew v. CCSF*, U.S. Dist. Court No.
2  13-5286 MEJ, but have received no response from the Court's ADR Unit.  Parties are actively
3  participating in discovery discussions and depositions.  For all of the above reasons, the parties request
4  that the briefing schedule in this case be extended while they participate in discovery and settlement
5  negotiations.

6  The parties hereby stipulate and request extensions of the remaining dates as follows:

7  IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

| Event | Date |
|---|---|
| Mediation Deadline: | January 22, 2016 |
| Fact Discovery Cutoff: | February 26, 2016 |
| Expert Disclosure Cutoff: | January 29, 2016 |
| Expert Rebuttal Cutoff: | February 5, 2016 |
| Dispositive Motions Due: | March 24, 2016 |
| Dispositive Motion Hearing: | April 28, 2016 |
| Pre-Trial Conference: | August 11, 2016 |
| Final Pretrial Conference: | September 8, 2016 |
| Trial: | September 19, 2016 |

Dated:  October 21, 2015

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
AMY D. SUPER
Deputy City Attorney



IT IS SO ORDERED AS MODIFIED
Judge Maria-Elena James

By _/s/ Amy D. Super_____
AMY SUPER
Attorney for Defendant
CITY AND COUNTY OF SAN FRANCISCO ET. AL.

By _/s/ William C. McNeill, III_____
WILLIAM C. MCNEILL, III
Attorney for Plaintiff
GREGG S. BOSNAK

Dated: October 22, 2015

**ATTESTATION OF E-FILED SIGNATURE**

I, Amy D. Super, am the ECF User whose ID and password are being used to file this STIPULATION RE BRIEFING SCHEDULE AND DEADLINES and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I attest that WILLIAM C. MCNEILL, III has read and approved this pleading and consents to its filing in this action.

Dated: October 21, 2015

By:  /s/*Amy D. Super*
AMY D. SUPER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED:
3
4  Dated: October 22, 2015
5  _____
   THE HONORABLE JUDGE MARIA-ELENA JAMES
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28